742

nied.  *Mrs. Ruth Naus* for petitioner.  *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Carlton Fox* for respondent.

No. 850.  DEAL *v.* ABRAMSON.  May 3, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Messrs. Charles T. Coleman, Richard B. McCulloch,* and *Shields M. Goodwin* for petitioner.  *Mr. Geo. K. Cracraft* for respondent.

No. 851.  MUSICRAFT RECORDS, INC. *v.* SHILKRET.  May 3, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Maurice L. Rabbino* for petitioner.  *Mr. Herbert M. Karp* for respondent.

No. 853.  BOSTWICK ET AL. *v.* BALDWIN DRAINAGE DISTRICT ET AL.  May 3, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. Thomas B. Adams* for petitioners. *Mr. Giles J. Patterson* for respondents.

No. 856.  BERGOTY *v.* GAMBERA.  May 3, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Messrs. Vernon Sims Jones* and *Raymond Parmer* for petitioner.  *Mr. Paul C. Matthews* for respondent.

No. 857.  FRANCE STONE CO. *v.* COMMISSIONER OF INTERNAL REVENUE.  May 3, 1943.  Petition for writ of